**OURTROOM DEPUTY MINUTES** DATE: 11/8/05
**MIDDLE DISTRICT OF ALABAMA**

**DIGITAL RECORDING: 2:42 p.m, to 2:50 p.m.**

√ INITIAL APPEARANCE
❒ DETENTION HEARING
❒ REMOVAL HEARING (R.40)
❒ ARRAIGNMENT
√ ARRAIGNMENT on SUPERSEDING INDICTMENT
❒ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE CHARLES S. COODY DEPUTY CLERK: WANDA STINSON

CASE NO. 3:05CR207-T-SRW DEFT. NAME: KEITH HALL

USA: A. CLARK MORRIS ATTY: JEFFREY C. DUFFEY

Type Counsel: ( ) Retained; (√) Panel CJA; ( ) Waived; ( ) CDO ;

USPTSO/USPO: JOE NASH

Defendant ______ does √ does NOT need an interpreter;

Interpreter present √ NO ___ YES NAME: ____________

| | |
|---|---|
| ❒ Kars. | Date of Arrest 11/8/05 or ☐ karsr40 |
| √ kia. | Deft. First Appearance. Advised of rights/charges. ❒ Pro/Sup Rel Violator |
| √ kcnsl. | Deft. First Appearance with Counsel |
| ❒ | Requests appointed Counsel √ **ORAL MOTION for Appointment of Counsel** |
| √ Finaff. | Financial Affidavit executed ❒ to be obtained by PTSO |
| ❒ koappted | **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.** |
| √ k20appt. | Panel Attorney Appointed; √ to be appointed - prepare voucher |
| ❒ | Deft. Advises he will retain counsel. Has retained ____________ |
| ❒ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ❒ To be followed by written motion; |
| ❒ | Government's **WRITTEN** Motion for Detention Hrg. filed. |
| ❒ | **DETENTION HRG** ❒ held; ❒ Set for ________; ❒ **Prelim. Hrg** ❒ Set for ________ |
| ❒ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered |
| ❒ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered |
| √ kocondrls. | Release order entered. ❒ Deft. advised of conditions of release. |
| √ kbnd. | ❒ **BOND EXECUTED** (M/D AL charges) $ 25,000 Deft released (kloc LR) |
| | ❒ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered |
| ❒ loc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody |
| ❒ ko. | Deft. **ORDERED REMOVED** to originating district |
| ❒ kwvprl. | Waiver of ❒ Preliminary hearing; ❒ Kwvr40hrg. (Waiver of R.40 Hearing) |
| ❒ | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. |
| √ karr. | **ARRAIGNMENT** SET FOR: ________ √ **HELD.** Plea of **NOT GUILTY** entered. |
| | √ Set for April **Trial Term**; ❒ **PRETRIAL CONFERENCE DATE:** ________ |
| | **DISCOVERY DISCLOSURES DATE:** 11/9/05 |
| ❒ Krmknn. | **NOTICE** to retained Criminal Defense Attorney handed to Counsel |
| ❒ krmvhrg. | Identity/Removal Hearing set for ____________ |
| √ **kwvspt** | **Waiver of Speedy Trial Act Rights Executed.** |