IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | |
| | ) | CR. NO. 3:05CR207-T |
| KEITH HALL | ) | |

**WAIVER OF SPEEDY TRIAL ACT RIGHTS**

I, **Keith Hall**, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

11-8-05
**DATE**

Keith Hall
**DEFENDANT**

**ATTORNEY FOR DEFENDANT**