**COURTROOM DEPUTY'S MINUTES** **DATE: January 3, 2006**

**MIDDLE DISTRICT OF ALABAMA** **Digital Recording: 3:58 - 4:00**

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE. Susan Russ Walker** **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 2:05cr207-T** **DEFENDANT(S) Keith Hall, Joseph Looney, Demario Campbell**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| Clark Morris | * | Jeffery Duffey (Hall) |
| | * | Joseph Van Heest (Looney) |
| | * | Timothy Halstrom (Campbell) |
| | * | |

❒ **DISCOVERY STATUS:**
**Completed**

❒ **PENDING MOTION STATUS:**
**None**

❒ **PLEA STATUS:**
**Hall - probable plea** **Last plea date 4/17/06**
**Campbell - probable plea**
**Looney - probable plea**

❒ **TRIAL STATUS**
**Trial time - 4 days**

❒ **REMARKS:**