**COURTROOM DEPUTY'S MINUTES** **DATE: April 3, 2006**

**MIDDLE DISTRICT OF ALABAMA** **Digital Recording: 3:20 - 3:30**

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE. Susan Russ Walker** **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 3:05cr207-MHT** **DEFENDANT(S) Keith Hall, Joseph Looney, Jean Pierre Arrue, Demario Campbell, Ryan Saravia**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| Clark Morris | * | Jeff Duffey (Hall) |
| | * | Joseph Van Heest (Looney) |
| | * | Jennifer Hart (Arrue) |
| | * | Timothy Halstrom (Campbell) |
| | * | Ben Bruner (Saravia) |

❒ **DISCOVERY STATUS:**

**No discovery problems**

❒ **PENDING MOTION STATUS:**

❒ **PLEA STATUS:**

**Plea negotiations (limited) - All defendants possibly to plea**

**Notice of intent to change plea to be filed on or before noon April 12, 2006**

**Need additional time to get pleas worked out**

❒ **TRIAL STATUS**

**Trial time 4-5 days**

❒ **REMARKS:**

**Jean Pierre Arrue - timing problem (side bar off the record)**

**Defendants will file motion to continue with waivers. Government does not oppose defendants' motions to continue.**