IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA, *
*
Plaintiff, *
*
v. * **CR. NO. 3:05cr207-T**
*
KEITH HALL, *
Defendant. *

**NOTICE OF SPEEDY TRIAL WAIVER**

Comes now defendant, Keith Hall, by counsel, and attaches to this notice as exhibit "A" his waiver of speedy trial rights in support of the joint motion for continuance previously filed in this case.

s/Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for
Keith Hall
600 South McDonough Street
Montgomery, AL 36104
Phone: 334-834-4100
Fax: 334-834-4101
email: jcduffey@aol.com
Bar No. ASB7699F67J

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all parties.

s/Jeffery C. Duffey
Jeffery C. Duffey
Attorney for defendant Hall