YAHOO! MAIL

Print - Close Window

powered by OUTSIDE IN HTML EXPORT

IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

UNITED STATES OF AMERICA, *

*

Plaintiff, *

*

v. * CR. NO. 3:05cr207-T

*

KEITH HALL, *

*

Defendant. *

## WAIVER OF SPEEDY TRIAL RIGHTS

I, Keith Hall, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

4/12/06 Keith Hall

Date Keith Hall, Defendant

Jeffery C. Duffey

Attorney for Defendant