IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:05cr207-MHT |
| | ) | |
| KEITH HALL | ) | |
| JOSEPH LOONEY | ) | |
| JEAN PIERRE ARRUE | ) | |
| DEMARIO CAMPBELL | ) | |
| RYAN SARAVIA | ) | |

**ORDER**

For good cause, it is

ORDERED that a pretrial conference be and hereby is scheduled for 3:00 p.m. on July 17, 2006 in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 24th day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE