**COURTROOM DEPUTY'S MINUTES** **DATE: July 17, 2006**

**MIDDLE DISTRICT OF ALABAMA** **Digital Recording: 3:03 - 3:09**

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE. Susan Russ Walker** **DEPUTY CLERK: Joyce Tayor**

**CASE NUMBER: 3:05cr207-MHT** **DEFENDANT(S) Keith Hall, Joseph Looney, Jean Pierre Arrue, Ryan Saravia**

---

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| Clark Morris | * | Jeff Duffey (Hall) |
| | * | Joseph Van Heest (Looney) |
| | * | Jennifer Hart (Arrue) |
| | * | Ben Bruner (Saravia) |

---

❒ **DISCOVERY STATUS:**
**Complete**

❒ **PENDING MOTION STATUS:**

❒ **PLEA STATUS:**
**All defendants - likely plea**
**Defendant Looney has already file notice of intent to change plea**
**Plea notice to be filed on or before noon July 26, 2006**

❒ **TRIAL STATUS**
**Trial time - 3-4 days**

❒ **REMARKS:**
**Discussions regarding plea dates. All defendants in California except deft Hall.**
**Possible video telephone conference as to defendant Arrue.**