**COURTROOM DEPUTY'S MINUTES** **DATE: July 24, 2006**

**MIDDLE DISTRICT OF ALABAMA** **DIGITAL RECORDING: 4:10 - 4:35**

**COURT REPORTER: Jimmy Dickens**

❒ **ARRAIGNMENT** √ **CHANGE OF PLEA** ❒ **CONSENT PLEA**

❒ **RULE 44(c) HEARING** ❒ **SENTENCING**

---

**PRESIDING MAG. JUDGE: Susan Russ Walker** **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 3:05cr207-MHT** **DEFENDANT NAME: Keith Hall**

**AUSA: Clark Morris** **DEFENDANT ATTORNEY: Jeff Duffey**

**Type counsel ( )Waived; ( )Retained; ( √ )CJA; ( )FPD**

**( ) appointed at arraignment; ( ) standing in for: _______________**

**PTSO/USPO: Jeffrey Lee**

**Interpreter present? (√ )NO; ( )YES Name:**

---

❒ This is defendant's **FIRST APPEARANCE.**

❒ **Financial Affidavit executed. ORAL MOTION for appointment of Counsel.**

❒ **ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.**

❒ **WAIVER OF INDICTMENT** executed and filed.

❒ **INFORMATION** filed.

❒ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:** ❒ **Not Guilty**

√ **Guilty as to:**

√ **Count(s): 1, 2 & 3 of the Superseding Indictment**

❒ **Count(s):** ❒ **dismissed on oral motion of USA**

❒ **to be dismissed at sentencing**

√ Written plea agreement filed ❒ **ORDERED SEALED**

√ **ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts 1, 2 & 3 of the Superseding Indictment.**

❒ CRIMINAL TERM: ❒ WAIVER OF SPEEDY TRIAL filed.

**DISCOVERY DISCLOSURE DATE:**

√ **ORDER:** Defendant continued under √ same bond; ❒ summons; for:

❒ Trial on ____________; ❒ Sentencing on ____________

❒ **ORDER:** Defendant remanded to custody of U. S. Marshal for:

❒ Trial on ________________; or ❒ Sentencing on ______________

❒ Rule 44 Hearing: ❒ Waiver of Conflict of Interest Form executed

❒ Defendant requests time to secure new counsel