IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA, *

PLAINTIFF, *

V. * CASE NO.3:05-CR-207-MHT

Keith Hall, et. al., *

DEFENDANT. *

**NOTICE OF CONFLICT**

Comes now the defendant, by and through undersigned counsel, and submits the following:

1. The sentencing this case is set for November 1, 2006, at 10:00 a.m.

2. Undersigned counsel has a criminal jury trial in the U. S. District Court, Middle District of Alabama, set for jury selection on October 24, 2006 with testimony to begin on October 30, 2006, at 9:00 am in the case of U.S.A. v. White & Floyd, Case No. 3:05CR234-WHA.

3. The criminal jury trial referenced above is expected to last about five days, and is expected to conflict with the sentencing in the above styled case.

4. Defendant Hall is set for sentencing on the same date as three co-defendants. Defendant Hall will be traveling from the State of Florida, and one or more co-defendants will be traveling from the State of California.

5. Defendant Hall does not expect there to be any contested issues at his sentencing.

6. Defendant Hall has requested by separate motion filed this date in **USA v. Floyd**, et. al., referred to above that undersigned counsel be allowed to attend defendant Hall's sentencing at a short recess of the jury trial.

7. Undersigned counsel has this date spoken by telephone with AUSA Clark Morris and the Government does not oppose the requests made in this notice.

Wherefore, based upon the above defendant requests defendant Hall be placed at the beginning of the sentencing docket on November 1, 2006 if the Court in **USA v. Floyd** allows undersigned counsel time to attend the sentencing as scheduled, or in the alternative that the sentencing date in this case be reset in order to not conflict with the previously set criminal jury trial.

Respectfully submitted this 18th day of October, 2006.

s/Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for
Keith Hall
600 South McDonough Street
Montgomery, AL 36104
Phone: 334-834-4100
Fax: 334-834-4101
email: jcduffey@aol.com
Bar No. ASB7699F67J

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of October, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Clark Morris AUSA, P.O. Box 197, Montgomery, AL 36101.

s /Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for
Keith Hall