AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

V.

KEITH HALL

## NOTICE

CASE NUMBER: 3:05cr207-001-MHT

TYPE OF CASE:

☐ **CIVIL** X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

SENTENCING

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| The Frank M. Johnson, Jr. United States Courthouse Complex<br>One Church Street<br>Montgomery, AL 36104 | 11/1/06 @ 8:30 AM | 11/15/06 @ 10:00 AM |

Debra P. Hackett, Clerk
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

10/25/2006
DATE

(BY) DEPUTY CLERK