IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA, *

PLAINTIFF, *

V. * CASE NO.3:05-CR-207-MHT

Keith Hall, et. al., *

DEFENDANT. *

**NOTICE OF CONFLICT**

Comes now the defendant, by and through undersigned counsel, and submits the following:

1. The sentencing in this case has been reset from November 1, 2006 at 8:30 a.m. to November 15, 2006, at 10:00 a.m.

2. Undersigned counsel has a previously set hearing in Montgomery Circuit Court in Flowers v. State, Case No. CC-97-20.60, set for November 15, 2006 at 9:00 a.m. The Flowers case is a post conviction capital murder (death penalty) evidentiary hearing that should take at a minimum one day and possibly more.

Wherefore, based upon the above defendant requests that the sentencing date in this case be reset in order to not conflict with the previously set hearing in State Court.

Respectfully submitted this 25th day of October, 2006.

s/Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for
Keith Hall
600 South McDonough Street
Montgomery, AL 36104
Phone: 334-834-4100
Fax: 334-834-4101
email: jcduffey@aol.com
Bar No. ASB7699F67J

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of October, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Clark Morris AUSA, P.O. Box 197, Montgomery, AL 36101.

s /Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for
Keith Hall