# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. MYRON H. THOMPSON, JUDGE AT MONTGOMERY ALABAMA

DATE COMMENCED November 15, 2006 AT 8:35 A.M./P.M.

DATE COMPLETED November 15, 2006 AT 8:52 A.M./P.M.

UNITED STATES OF AMERICA

Criminal Action
3:05cr207-01-MHT

VS.

KEITH HALL

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA A. Clark Morris | X | Atty Jeffrey C. Duffey |
| | X | |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| | | |
|---|---|---|
| Anthony Green, Courtroom Clerk | Danielle Goldstein, Law Clerk | Mitchell Reisner, Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING: SENTENCING HEARING

8:35 a.m. Sentencing hearing commenced. Terms of plea agreement stated on the record. Prpbation concurs with plea agreement. Court accepts plea agreement. Sentence imposed; **ORAL ORDER** during sentence imposition granting motion for downward departure and motion for reduction in criminal offense level.

8:52 a.m. Hearing concluded.