IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA, *

PLAINTIFF, *

V. * CASE NO.3:05-CR-207-MHT

Keith Hall, et. al., *

DEFENDANT. *

MOTION TO REDUCE SENTENCE

Comes now the defendant, by and through undersigned counsel, and submits the following:

1. The defendant Keith Hall was sentenced by this Court on November 15, 2006 to a term of 24 months imprisonment. The sentenced was entered on November 17, 2006. See Doc. No. 163. The defendant Hall was ordered to surrender to a designated facility on or before December 13, 2006

2. Co-Defendant Demario Campbell was subsequently sentenced to a term of 21 months imprisonment, said sentence being entered on November 17, 2006. See Doc. No. 161.

3. Undersigned counsel for defendant Hall was later informed that co-defendant Campbell was give a 3 month reduction in sentence based upon his criminal history over-representing the seriousness of his criminal history.

4. It is contended that defendant Hall's criminal history of traffic infractions also over-represents the seriousness of his criminal history, and he likewise requests that he receive a 3 month reduction based upon same. It is counsel's understanding that this

is also the recommendation of the probation office.

Wherefore, based upon the above defendant Hall requests that this Court reconsider the sentence entered on November 17, 2006 by granting to him a 3 month reduction in sentence and sentence him to a total term of 21 months imprisonment.

Respectfully submitted this 22nd day of November, 2006.

s/Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for
Keith Hall
600 South McDonough Street
Montgomery, AL 36104
Phone: 334-834-4100
Fax: 334-834-4101
email: jcduffey@aol.com
Bar No. ASB7699F67J

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of November, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Clark Morris AUSA, P.O. Box 197, Montgomery, AL 36101.

s /Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for
Keith Hall