IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:05cr207-MHT-1 |
| | ) | (WO) |
| **KEITH HALL** | ) | |

OPINION AND ORDER

Defendant Keith Hall has filed a motion to reduce his sentence by three months on the ground that his criminal history category substantially overrepresents the seriousness of his criminal history. Hall notes that the court extended this treatment to his co-defendant, Demario Campbell, and argues that the seriousness of his criminal history is indistinguishable from that of co-defendant Campbell. The court agrees and, having evaluated the reasonableness of the sentence through the lens of 18 U.S.C. § 3553, finds that a variance from the United States Sentencing Guidelines is warranted on the grounds that defendant Hall's criminal history category

substantially overrepresents the seriousness of his criminal history.  The government has orally informed the court that it has no objection.

Accordingly, it is ORDERED as follows:

(1) Defendant Keith Hall's motion to reduce sentence (doc. no. 165) is granted.

(2) The judgment in this case (doc. no. 163) is amended to reduce defendant Hall's sentence from 24 months imprisonment to 21 months.

DONE, this the 22nd day of November, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**