IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| PLAINTIFF, | * | |
| V. | * | CASE NO.3:05-CR-207-MHT |
| Keith Hall, et. al., | * | |
| DEFENDANT. | * | |

**EMERGENCY MOTION FOR STAY OR EXTENSION OF VOLUNTARY SURRENDER DATE**

Comes now Defendant Keith Hall, by counsel, and submits the following:

1. The defendant Keith Hall was previously convicted of conspiracy: (1) to possess with intent to distribute marijuana, (2) to use a communication facility to facilitate same and (3) to commit money laundering, and on November 17, 2006, as amended on November 22, 2006, was sentenced to a term of 21 months imprisonment, concurrent. See Doc. 163 & 166.

2. Defendant was ordered to report to a designated Bureau of Prisons facility by 2:00 P.M. on December 13, 2006 to begin execution of sentence. See Doc. 163.

3. Defendant has informed undersigned counsel that he has not yet received a designation to a Bureau of Prison

facility. It is undersigned counsel understanding from the U. S. Marshal's Office that no designation has been received as of this date, and there is no reasonable expectation that one will be received by December 13, 2006. Since no Bureau of Prison (BOP) facility designation has been made, defendant is required to report to the U. S. Marshal in Montgomery by December 13, 2006 where it is assumed he will be placed in either the Montgomery City Jail or the Autauga County Jail to await designation to a BOP facility. The Government will then bear the cost of transporting defendant to his designated facility.

4. Defendant has complied with all aspects of pre-trial and post-trial services through the U.S. Probation Office, is not a danger to the public and was previously found by this Court to be an eligible candidate for voluntary surrender.

5. Undersigned counsel has been unable to reach AUSA Clark Morris regarding the Government's position on this motion.

Wherefore, based upon the above it is requested that the Court stay the voluntary surrender date of December 13, 2006, and enter an order that defendant report to a designated facility within 72 hours of notification of designation by the

U. S. Marshal, or in the alternative that the Court extend the designation for an additional 30 days to January 12, 2007.

Respectfully submitted this 6th day of December, 2006.

s/Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for
Keith Hall
600 South McDonough Street
Montgomery, AL 36104
Phone: 334-834-4100
Fax: 334-834-4101
email: jcduffey@aol.com
Bar No. ASB7699F67J

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Clark Morris, AUSA, P.O. Box 197, Montgomery, AL 36101.

s /Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for Keith Hall