IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA, *

PLAINTIFF, *

V. * CASE NO.3:05-CR-207-MHT

Keith Hall, et. al., *

DEFENDANT. *

**ORDER**

Upon consideration of the Emergency Motion for Stay or Extension of Voluntary Surrender Date filed by defendant Keith Hall, it is hereby ordered that said motion is GRANTED.

The Judgment of Sentence entered on November 17, 2006, as amended on November 22, 2006, is amended to reflect that [defendant Keith Hall shall report to a designated facility within 72 hours of notification of designation by the U. S. Marshal] or [defendant Keith Hall shall report to a designated Bureau of Prison Facility by 2:00 P.M., January 12, 2007].

Done this _____ day of December, 2006.

________________________________
United States District Judge