**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **3:05cr207-MHT** |
| | ) | |
| **KEITH HALL** | ) | |

**ORDER**

**It is ORDERED as follows:**

**(1) Defendant Keith Hall's motion for stay or extension of voluntary surrender date (doc. no. 170) is granted.**

**(2) The date for defendant Hall to commit himself to the Bureau of Prisons is extended to on or before 2:00 p.m. on Friday, January 26, 2007.**

**DONE, this the 7th day of December, 2006.**

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**